KEN M. MARKOWITZ (SBN 104674)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 397-3100
Fax: (415) 397-3170
Email: kmarkowitz@kennmark.com
shilton@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

DAN JOHNSON (*Pro Hac Vice*)
AMERICAN MEDICAL SYSTEMS, INC.
10700 Bren Road West
Minnetonka, MN 55343
Tel: (952) 933-4666
Fax: (952) 930-6157
Email: Dan.Johnson@AmericanMedicalSystems.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO – ECF PROGRAM

| | |
|---|---|
| ELLEN AMBROFF and TERRY AMBROFF,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,<br><br>  Defendants. | CASE NO. C08-04289 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION**<br>**Civil L.R. 7-12** |

This Stipulation is entered into between plaintiffs, Ellen Ambroff and Terry Ambroff, by and through their counsel of record, Hersh and Hersh, a professional corporation, and defendant, American Medical Systems, Inc., by and through its counsel of record, Kenney & Markowitz,

{30115.302053 0140477.DOC}                    -1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
CASE NO: C08-04289 JL

L.L.P. The parties stipulate as follows:

1. On January 13, 2010 the Court referred this action to mediation and assigned neutral, Jacqueline Scott Corley, on January 27, 2010. The Court ordered that the mediation be completed on or before April 13, 2010.

2. On February 2, 2010, during a pre-mediation conference telephone call with Jacqueline Corley, the parties scheduled a tentative mediation date of April 13, 2010. During the telephone conference call, the parties and Jacqueline Corley agreed that certain key witness depositions would be taken prior to the mediation so that the parties could participate in a more meaningful mediation session.

3. Unfortunately, counsel for AMS has been unable to schedule the deposition of Dr. Carter due to his absence for vacation and his attorney's schedule. Counsel for AMS is attempting to seek the cooperation of all concerned to schedule Dr. Carter's deposition as soon as practical. Dr. Carter is Ellen Ambroff's treating physician and implanted Ms. Ambroff with the medical device that plaintiff claims caused her injuries. According to AMS, Dr. Carter's deposition is important and his testimony will likely be key evidence in this action.

4. The parties stipulate and respectfully request that the Court vacate the current mediation deadline of April 13, 2010 and continue the mediation date by an additional 45 days to May 28, 2010 so that Dr. Carter's deposition can be taken prior to the mediation.

5. The parties have discussed the issue of Dr. Carter's unavailability and possible mediation continuance with Court-appointed neutral, Jacqueline Scott Corley. Ms. Corley also consents to a continuance of the mediation for this reason.

Respectfully submitted,

DATED: March 29, 2010

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Samantha D. Hilton
KEN M. MARKOWITZ
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS INC.

{30115.302053 0140477.DOC} -2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
CASE NO: C08-04289 JL

DATED: March 29, 2010

**HERSH AND HERSH**

By: /s/ Amy Eskin
    AMY ESKIN
    Attorney for Plaintiff
    ELLEN AND TERRY AMBROFF

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Alternative Dispute Resolution completion deadline of April 13, 2010, is vacated. The parties are to complete Mediation on or before May 28, 2010.

IT IS SO ORDERED.

DATED: March 30, 2010

    _/s/ James Larson_
    JAMES LARSON
    UNITED STATES MAGISTRATE JUDGE

Kenney & Markowitz L.L.P.

{30115.302053 0140477.DOC} -3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
CASE NO: C08-04289 JL