KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 397-3100
Fax: (415) 397-3170
Email: kmarkowitz@kennmark.com
kmcintyre@kennmark.com

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

NANCY HERSH (SBN 49091)
AMY ESKIN (SBN 127668)
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Tel: (415) 441-5544
Fax: (415) 441-7586
Email: aeskin@hershlaw.com

Attorneys for Plaintiffs
ELLEN and TERRY AMBROFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO – ECF PROGRAM

ELLEN AMBROFF and TERRY AMBROFF,

Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC., and DOES ONE through TWENTY-FIVE, inclusive,

Defendants.

CASE NO. C08-04289 NC

**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**

For the reasons stated in the Joint Case Management Conference Statement recently filed as Document 98 herein, and subject to the approval of this Court, plaintiffs Ellen Ambroff and

Terry Ambroff ("plaintiffs") and defendant American Medical Systems, Inc. ("defendant"), through their counsel of record, hereby stipulate to extend the dates to complete expert discovery, which are set forth in the March 17, 2011 Scheduling Order (Document 90), as follows:

- Completion of Plaintiffs' Expert Depositions — September 30, 2011
- Completion of Defendant's Expert Depositions — October 14, 2011
- Expert Discovery Cutoff — October 14, 2011

Plaintiffs and defendant further stipulate to a briefing schedule for dispositive motions and *Daubert* motions similar to the schedule previously in effect and set forth in the March 17, 2011 Scheduling Order, to be set by the Court forthwith and to commence following the completion of expert discovery.

Respectfully submitted,

DATED: July 26, 2011

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Kimberly I. McIntyre
KEN M. MARKOWITZ
KIMBERLY I. MCINTYRE
Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS INC.

DATED: July 26, 2011

**HERSH & HERSH**

By: /s/ Nancy Hersh
NANCY HERSH
AMY ESKIN
Attorneys for Plaintiffs
ELLEN & TERRY AMBROFF

**IT IS SO ORDERED.**

DATED: July 26, 2011

HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE